UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2:18-cv-352-FtM-99MRM

DAVID LEE MATTHEWS,

        Plaintiff,

v.

ACT OF CLASS MOVING & STORAGE,
LLC, PHIL MERRITT,

        Defendants.
_____/

**MOTION FOR EXTENSION OF TIME NUNC PRO TUNC
TO CONFER REGARDING SETTLEMENT AND TO CONFER TELEPHONICALLY**

      Plaintiff, David Lee Matthews, by and through the undersigned counsel, pursuant to the Court's Scheduling Order [DE 30] ("Order"), respectfully requests a 21-day extension of time to confer regarding settlement, and to do so telephonically, and in support states the following:

1.     The Court's Order required the parties to confer in person regarding settlement by August 1, 2018.

2.     The parties have not conferred regarding settlement as required by the Court's Order.

3.     Plaintiff is attempting to proactively gain compliance with the Court's Order by filing this Motion and requesting a 21-day extension of time to confer regarding settlement.

4.     Additionally, the undersigned is located in Fort Lauderdale, Florida and Defendants' counsel is located in Cape Coral, Florida. Plaintiff respectfully requests that the Court permit the parties' counsel to confer regarding settlement telephonically to avoid the expense of travel.

      WHEREFORE, Plaintiff respectfully requests that the Court (1) grant an extension of time through August 21, 2018 to confer regarding settlement, and (2) allow the parties' counsel to confer regarding settlement telephonically.

Dated: July 4, 2018

                                      Respectfully submitted,

                                      Koz Law, P.A.
                                      320 S.E. 9th Street
                                      Fort Lauderdale, Florida 33316
                                      Phone: (786) 924-9929
                                      Fax:    (786) 358-6071
                                      Email: ekoz@kozlawfirm.com

                                      _____
                                      Elliot Kozolchyk, Esq.
                                      Bar No.: 74791

## **CERTIFICATE OF CONFERRAL**

      Plaintiff's counsel has conferred with Defendants' counsel regarding the relief set forth in this motion and is awaiting Defendants' response.

_____
Elliot Kozolchyk, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on August 2, 2018 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

*[signature]*

Elliot Kozolchyk, Esq.

## SERVICE LIST

Robert B. Burandt, Esq.
*Counsel for Defendant*
Burandt, Adamski & Feichthaler, PL
1714 Cape Coral Pkwy E
Cape Coral, FL 33904
239/542-4733
Fax: 239/542-9203
Email: burandtlaw@capecoralattorney.com