UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID LEE MATTHEWS,

    Plaintiff,

v.                                                      Case No:  2:18-cv-352-FtM-99MRM

ACT OF CLASS MOVING &
STORAGE, LLC and PHIL
MERRITT,

    Defendants.
_____/

### **ORDER**[1]

Because the parties have failed to designate a mediator and the parties were on notice that this failure would result in the Court selecting a mediator (Doc. 58), the Court selects James L. Nulman with Nulman Mediation Services, Inc., who is a Certified Mediator with this Court, to conduct the mediation.  The parties shall contact Mr. Nulman's office to schedule the mediation by the deadline set forth in and in compliance with Section IV of the Case Management and Scheduling Order.  (Doc. 55).

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

The Court designates James L. Nulman as the mediator for this case. The parties shall contact Mr. Nulman's office to schedule the mediation.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of November, 2018.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record